AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| United States of America<br>v.<br>ALEXIS HEREDIA-ABREU<br>aka: "Daniel Rodriguez Perez"<br>*Defendant* | ) ) ) Case No. 10-113(m)<br>) )<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __09/10/2008__ in the county of __Aguadilla__ in the _____ District of __Puerto Rico__, the defendant violated __8__ U. S. C. § __1325(a)__, an offense described as follows:

being an alien without authorization to enter the Untied States, did knowingly enter the United States at a place other than a port of entry as designated by immigration officers.

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

Authorized by: AUSA Evelyn Canals, 2/25/2010

☐ Continued on the attached sheet.

*Complainant's signature*

Fernando Ruz, CBP Enforcement Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: FEB 2 5 2010

City and state: SAN JUAN, PUERTO RICO

*Judge's signature*

CAMILLE L. VELEZ-RIVE
U.S. MAGISTRATE JUDGE
*Printed name and title*