# AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Fernando Ruz, Customs & Border Protection Enforcement Officer, duly swear that the following statement is true and correct to the best of my knowledge and belief and is based on information personally known to me and provided by Officers Gehrick, walter and Richard Machado.

1. That I am a U.S. Customs & Border Protection Enforcement Officer within the U.S. Department of Homeland Security, assigned to investigate Immigration Law violations at the ports of entry within the jurisdiction of Puerto Rico.

2. That on or about February 24, 2010 at the Luis Muñoz Marin International Airport in Carolina, Puerto Rico, an alien by the name of ALEXIS HEREDIA ABREU, AKA: Daniel Rodriguez Perez, a citizen of the Dominican Republic, was found in the United States during the pre-flight inspection of Spirit Airlines flight number 770 bound to the city of New York.

3. That during the pre-flight inspection the alien identified himself as a Dominican under the name of DANIEL RODRIGUEZ PEREZ and presented to the inspecting Officers a Puerto Rico drivers license number #XXX9098 issued under the above name. Said license containing his photograph.

4. That since the traveler identified himself as a Dominican and was not in possession of any legal documents to be in the United States, the inspection was referred for a closer examination and to verify his immigration status.



5. That during this process the alien was fingerprinted for a complete identification from our alien registration system.

6. That the fingerprints examination disclosed that the alien was in fact Alexis Heredia Abreu, an alien who was previously granted voluntary departure to the Dominican Republic following an illegal entry at Aguadilla, Puerto Rico on August 30, 2005 by the US Border Patrol Agents.

7. That the alien was advised of his "Miranda" warnings and the alien waived those rights to admit that he was previously removed and that he re-entered the United States on or about September 10, 2008 through Aguadilla, Puerto Rico without inspection.

8. That his identity was also confirmed by the Dominican "CEDULA" identification system and the US Customs and Border Protection Data System, as Alexis Heredia Abreu, an alien previously removed following an illegal entry without inspection.

9. That the inspection disclosed that the alien was found illegally in the United States; all in violation of 8 USC 1325 (a)(1).

10. That since this Affidavit is submitted only for the purpose of securing a limited criminal complaint; I have not set each and every fact known to me concerning this investigation. I have included what I believe are facts sufficient in establishing probable cause for the complaint.

_____
Fernando Ruz
CBP Enforcement Officer


SUBSCRIBED AND SWORN TO AND BEFORE ME THIS 25TH DAY OF FEBRUARY 2010.

_____
U.S. Magistrate, Judge
District of Puerto Rico
San Juan, Puerto Rico